UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JEFFREY EVANS, FREDERICK
EVANS, GREGORY EVANS, and
WENDELL EVANS,

and

SHRIMP SHAK, INC.,

       Plaintiffs,

v.                                    Civil Action No. : 7:11-CV-65-BO

IGOR SOKOL,

       Defendant.

### DISMISSAL ORDER

THIS DAY CAME the parties, by counsel, and having advised the Court that the parties have compromised and settled the matters in this proceeding, jointly move for dismissal with prejudice of this action.

IT APPEARING TO THE COURT that parties have compromised and settled all of the matters involved in this proceeding, the Court hereby DISMISSES THIS ACTION AS AGREED WITH PREJUDICE.

The Court retains jurisdiction of this matter solely for the purpose of enforcing the settlement into which the parties have entered in connection with this case.

Dated: March ~~January~~ 1, 2013

                                                         /s/ Terrence W. Boyle
                                                         JUDGE

[Endorsements on Page 2]

We ask for this:

*signature*

Edward J. Rowers #24821
101 W. Main Street, Suite 500
Norfolk, VA 23510
757.446.8600-telephone
757.446.8670- facsimile
*Counsel for Defendants*

*signature*

Matthew J. Dixon #24208
P.O. Box 3090
Elizabethtown, NC 28337
*Counsel for Plaintiff*

4817-7241-0642, v. 1